IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOE D. WHISENHUNT AND
MARGARET H. WHISENHUNT                                                    PLAINTIFFS

VS.                    CASE NO. 4:07CV0001099 JMM

SOUTHWESTERN BELL TELEPHONE, L.P.,
D/B/A AT&T ARKANSAS, ET AL.                                               DEFENDANTS

## ORDER

Based upon communications from counsel, Plaintiffs' Motion for Preliminary Injunction (#2) and Motion for Hearing (#4) are withdrawn. The Clerk of the Court is directed to make the appropriate entries.

IT IS SO ORDERED THIS   16   day of   November  , 2007.

_____
James M. Moody
United States District Judge