IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOE D. WHISENHUNT, ET AL.                                                              PLAINTIFFS

VS.                       CASE NO. 4:07CV0001099 JMM

SOUTHWESTERN BELL TELEPHONE, L.P., ET AL.                        DEFENDANTS

ORDER

For good cause shown, plaintiff's Motion to Amend is granted (#9).  Plaintiff is directed to file their amended complaint electronically with the Clerk of the Court within 10 days of the date of this Order.  *See* Fed. R. Civ. P. 15(a) (leave to amend shall be freely given when justice so requires).

For purposes of a motion to dismiss, the Court must accept the allegations made by a plaintiff in a complaint as true, and "will dismiss the case only when 'it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief.' " *Casazza v. Kiser*, 313 F.3d 414, 418 (8th th Cir. 2002) *(quoting Conley v. Gibson*, 355 U.S. 41, 45-46, 78 S.Ct. 99, 2 L.Ed.2d 80 (1957)).  The Court finds that assuming all of plaintiffs' claims are true, they have sufficiently stated facts upon which relief can be granted. claim

Additionally, the Court finds that the possibility that the City may be required to reimburse defendants for the relocation of the telephone lines does not render the City a necessary party under Federal Rule of Civil Procedure 19.

Based upon these findings, defendants' Motion to Dismiss is denied (#7).  This denial is without prejudice to defendants adding the City of Little Rock as a third party defendant.

IT IS SO ORDERED this   12    day of   December  , 2007.


_____
James M. Moody
United States District Judge