**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JOE D. WHISENHUNT and**
**MARGARET H. WHISENHUNT**                                                      **PLAINTIFFS**

**V.**                                                 **4:07CV0001099 JMM**

**SOUTHWESTERN TELEPHONE L.P.,**
**d/b/a AT&T ARKANSAS, and**
**SOUTHWESTERN BELL TELEPHONE**
**COMPANY d/b/a AT&T ARKANSAS**                                      **DEFENDANTS**

<u>**JUDGMENT**</u>

Pursuant to the Order entered on October 7, 2008, Judgment is hereby entered in favor of

the Defendants.  The Complaint is dismissed with prejudice.  The Clerk is directed to close the

case.

IT IS SO ORDERED this 7th day of October 2008.

_____
James M. Moody
United States District Judge